IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUGO PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 07-0373 (JDB) |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| VICTOR BERHANU, *et al.,* ) | |
| ) | |
| Defendant. ) | |

## MOTION AND APPLICATION FOR ADMISSION OF
## LAURA E. VARELA *PRO HAC VICE*

Lori B. Kisch, of the law firm of Wiggins, Childs, Quinn & Pantazis, PLLC, counsel for the Plaintiffs in the above-styled action, moves for admission *pro hac vice* of Laura E. Varela of the Washington Lawyers' Committee for Civil Rights and Urban Affairs, 11 Dupont Circle, Suite 400, Washington, DC 20036. As grounds for this Motion, the undersigned counsel states that:

1. I, Lori B. Kisch, am an attorney at the law firm of Wiggins, Childs, Quinn & Pantazis, PLLC, 2031 Florida Avenue, NW, Suite 300, Washington, DC 20009. I am a member of the District of Columbia Bar and admitted to practice in the United States District Court for the District of Columbia.

2. I respectfully request that this Court admit Laura E. Varela of the Washington Lawyers' Committee for Civil Rights and Urban Affairs, 11 Dupont Circle, Suite 400, Washington, DC 20036, as counsel for the Plaintiffs, for the purposes of appearing and participating in the above-styled action.

3.      Laura E. Varela is a member in good standing of the Maryland Bar and has been admitted to the United States District Court for the District of Maryland. She is not admitted to practice in the District of Columbia, but she has applied for membership and her application currently is pending. Her assigned file number is 62873.

WHEREFORE, it is respectfully requested that this Court admit Laura E. Varela *pro hac vice* and permit her to appear and participate in this action.

Respectfully submitted this 28th day of February, 2007,

/s/ Lori B. Kisch                              .
Lori B. Kisch (DC Bar No. 491282)
**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
2031 Florida Avenue, N.W.
Suite 300
Washington, D.C. 20009
(202) 467-4123
(202) 467-4489 (fax)
lkisch@wcqp.com

***ATTORNEY FOR THE PLAINTIFFS***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGO PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **Civil Action No.** _____ |
| ) | |
| v. ) | |
| ) | |
| VICTOR BERHANU, *et al.*, ) | |
| ) | |
| Defendant. ) | |

### <u>DECLARATION OF LAURA E. VARELA IN SUPPORT OF MOTION<br>AND APPLICATION FOR ADMISSION *PRO HAC VICE*</u>

1. My name is Laura E. Varela.

2. I am currently employed at the Washington Lawyers' Committee for Civil Rights and Urban Affairs, 11 Dupont Circle, Suite 400, Washington, D.C.; telephone number 202-319-1000.

3. I am a member in good standing of the Maryland Bar. I am admitted to practice before the United States District Court for the District of Maryland, Maryland Bar Number 28260.

4. I certify that I have not been disciplined by any Bar.

5. I have never been admitted *pro hac vice* in this Court.

6. I have applied for membership in the District of Columbia Bar and my application is currently pending. My assigned file number is 62873.

4

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2007.

_____
Laura E. Varela