IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUGO PEREZ, et al.           *

    Plaintiffs              *

v.                           *     Civil Action No.: 1:07CV00373 (JDB)

AFS FINANCIAL SVCS., LLC, et al.   *

    Defendants              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' ANSWER

Defendants Victor F. Berhanu d/b/a AFS Financial Services, LLC, Victor F. Berhanu, and AFS Financial Services, LLC, by and through their undersigned counsel, hereby answer Plaintiffs' Complaint, and state as follows:

1. Paragraphs 1-3 of the Complaint set forth conclusions of law to which Defendants are not required to plead.

2. Defendants are without knowledge or information sufficient to admit the first sentences of Paragraphs 4-11. The remainder of each of these paragraphs is denied.

3. Paragraph 12 is denied.

4. With respect to Paragraph 13, Defendants admit that Victor F. Berhanu is an owner of AFS Financial Services, LLC. The remainder of this paragraph is denied.

5. Defendants admit that Paragraph 14 sets forth the correct address for AFS Financial Services, LLC. Defendants further admit that AFS Financial Services, LLC does business in the District of Columbia. The remainder of this paragraph is denied.

6. Paragraph 15 is denied. Defendants note, however, that they have admitted hereinabove that Victor F. Berhanu is an owner of AFS Financial Services, LLC.

7. Defendants generally deny Paragraphs 16-31, with the exception of Paragraph 17. With respect to Paragraph 17, Defendants admit that they did provide Plaintiffs with some tools and materials. However, Plaintiffs also possessed and used their own tools. The remainder of Paragraph 17 is denied.

8. Paragraphs 32-55 set forth conclusions of law to which Defendants are not required to plead. To the extent said paragraphs are deemed not to set forth conclusions of law, they are denied.

9. Paragraphs 56-57 set forth conclusions of law to which Defendants are not required to plead.

## DEFENDANTS' AFFIRMATIVE AND NEGATIVE DEFENSES

1. Plaintiffs fail to state a claim upon which relief can be granted.

2. Defendants, individually or collectively, do not constitute an enterprise within the meaning of the Fair Labor Standards Act ("FLSA"), the D.C. Minimum Wage Act ("DCMWA"), and the D.C. Wage Payment and Collection Law ("DCWPCL").

3. Defendants are not employers within the meaning of the FLSA, DCMWA, and DCWPCL.

4. Plaintiffs are not employees within the meaning of the FLSA, DCMWA, and DCWPCL.

5. Plaintiffs, if deemed employees, are exempt from the protections of the FLSA, DCMWA, and DCWPCL.

6. The DCWPCL does not provide for a private cause of action for unpaid overtime wages.

7. Plaintiffs do not have the capacity to sue.

8. Defendants do not have the capacity to be sued.

9. Victor F. Berhanu cannot be sued in a representative capacity.

10. Plaintiffs were not engaged in commerce for purposes of the FLSA, DCMWA, and/or DCWPCL.

11. Plaintiffs' claims are barred by the doctrine of unclean hands.

12. Plaintiffs' claims are barred by the applicable statute(s) of limitations.

13. Plaintiffs' claims are barred by the doctrine of laches.

14. Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

15. Plaintiffs' claims are barred by the doctrine of estoppel.

16. Plaintiffs' claims are barred by the doctrine of fraud.

17. Plaintiffs' claims are barred by the doctrine of illegality.

18. Plaintiffs' claims are barred by the doctrine of payment.

19. Plaintiffs' claims are barred by the doctrine of release.

20. Plaintiffs' claims are barred by the doctrine of waiver.

21. Plaintiffs' claims are barred by the doctrine of failure of consideration.

**DEFENDANTS' PRAYER FOR RELIEF**

WHEREFORE, Defendants hereby pray for the following relief from this Court:

A. The dismissal of Plaintiffs' Complaint in its entirety;

B.      The entry of judgment in favor of Defendants, together with the costs of this action, including reasonable attorney's fees;

C.      And for all other and further relief that the Court deems appropriate.

Respectfully submitted,

/s/
Neil R. Lebowitz, Bar No.: 483746
Law Office of Neil R. Lebowitz, LLC
10440 Little Patuxent Pkwy., Suite 570
Columbia, Maryland 21044
1-800-730-8411
Counsel for Defendants