**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HUGO PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 07-0373 (JDB) |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| AFS FINANCIAL SVCS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**INITIAL REPORT PURSUANT TO LOCAL RULE 16.3**

Pursuant to Local Civil Rule ("LCvR") 16.3, Fed. R. Civ. Proc. 26(f), and this Court's Order of July 2, 2007, Plaintiffs and Defendants, by and through their respective undersigned Counsel, hereby jointly submit their report and proposed Scheduling Order. The Parties conferred beginning on July 25, 2007 in order to prepare this Report.

1. **Dispositive Motions.** The parties have not filed dispositive motions prior to discovery. Following discovery, Plaintiffs and/or Defendants may file motions for summary judgment pursuant to Fed. R. Civ. P. 56.

2. **Amendment of Pleadings.** At this time, the Plaintiffs do not anticipate the joinder of any additional parties or further amendment of the pleadings. The parties propose a deadline of March 31, 2008 for the amendment of pleadings consistent with Fed. R. Civ. P. 15. The parties have discussed the possibility of agreement upon factual and legal issues, and have concluded that no such agreements are feasible at this time.

3. **Assignment to Magistrate Judge.** Plaintiffs do not consent to proceed before a Magistrate Judge.

4.      **Possibility of Settlement/Need for ADR.**  The parties believe that there is a possibility of reaching a settlement in this case, and would agree to either informal settlement discussions or, if necessary, structured mediation and/or settlement talks with a Magistrate Judge of this Court.

5.      **Resolution of Case By Dispositive Motion.**  The parties have not filed Motions to Dismiss.  As discovery is only in its initial stages, the parties cannot determine whether the case can be resolved by motions for summary judgment.  However, dependent on discovery, all parties may file motions for summary judgment pursuant to Fed. R. Civ. P. 56.  The parties propose the following deadline for motions for summary judgment:

- Motions for Summary Judgment:                  June 22, 2008
- Oppositions to Motions for Summary Judgment:   July 13, 2008
- Reply Briefs to Motions for Summary Judgment:  July 27, 2008

7.      **Initial Disclosures.**  Plaintiffs propose that initial disclosures required by Fed. R. Civ. P. 26(a)(1) be served by August 24, 2007.  Defendants would prefer to dispense with initial disclosures.  In the alternative, Defendants proposed that initial disclosures be served by September 24, 2007.

8.      **Discovery.**  All discovery shall conclude by May 31, 2008.  The parties agree that the limits on discovery set forth in the Fed. R. Civ. P. and the Local Rules shall apply, unless otherwise ordered by the Court.

Expert Discovery:

- Plaintiffs shall make their Rule 26(a)(2)(A) expert disclosures identifying their experts by February 8, 2008;
- Defendants shall make their Rule 26(a)(2)(A) expert disclosures identifying their experts by February 29, 2008;

- Plaintiffs shall make any Rule 26(a)(2)(A) rebuttal expert disclosures by March 21, 2008;

- Plaintiffs shall serve Rule 26(a)(2)(B) disclosures by February 29, 2008;

- Defendants shall serve Rule 26(a)(2)(B) disclosures by March 31, 2008;

- Plaintiffs shall serve any rebuttal Rule 26(a)(2)(B) any by April 30, 2008.

10. **Class Action Proceedings.** Inapplicable, as this case is not a class action.

11. **Bifurcation of Proceedings.** There is no need for bifurcation of trial or discovery in this case.

12. **Pretrial Conference Date.** The parties propose a pretrial conference date of November 18, 2008.

13. **Trial Date.** The parties propose that a trial should be scheduled for January of 2009.

Dated: August 8, 2007

/s/ Lori B. Kisch                                      .
Lori B. Kisch (DC Bar No. 491282)
**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
2031 Florida Avenue, N.W.
Suite 300
Washington, D.C. 20009
(202) 467-4123
(202) 467-4489 (fax)
lkisch@wcqp.com

Susan E. Huhta (DC Bar No. 453478)
Laura Varela (MD Fed Bar No. 28260)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

*Attorneys for Plaintiffs*

/s/ Neil R. Lebowitz                                      .
Neil R. Lebowitz (DC Bar No. 483746)
Law Office of Neil R. Lebowitz, LLC
10440 Little Patuxent Pkwy.
Suite 570
Columbia, MD 21044
(410) 730-9010
(410) 992-6747 (fax)
neil@lebowitzlegal.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Initial Local Rule 16.3 Report and Proposed Scheduling Order were served via the Court's electronic filing system on counsel of record.

Respectfully submitted this 8th day of August, 2007.

/s/ Lori B. Kisch
Lori B. Kisch
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
HUGO PEREZ, *et al.*,                     )
                                          )
    Plaintiffs,                          )    Civil Action No. 07-0373 (JDB)
                                          )
v.                                        )    Jury Trial Demanded
                                          )
AFS FINANCIAL SVCS, LLC, *et al.*,        )
                                          )
    Defendants.                          )
_____)

## PROPOSED SCHEDULING ORDER

On consideration of the Report filed by the parties pursuant to Local Rule LCvR 16.3, and on consideration of the record thus far,

IT IS HEREBY ORDERED that the parties shall abide by the following schedule and discovery limitations:

1. **Initial Disclosures**: Initial disclosures pursuant to Rule 26(a)(1), Fed. R. Civ. P., shall be served by each party by _____.

2. **Number of Depositions, Interrogatories, Document Requests, and Requests for Admissions**: The limitations on discovery set forth in the Fed. R. Civ. P. and the Local Rules shall apply, unless otherwise ordered by the Court.

3. **Discovery Deadlines**:

    a. Fact discovery: All fact discovery other than expert discovery shall conclude by **May 31, 2008**.

    b. Expert discovery:

    - Plaintiffs shall make their Rule 26(a)(2)(A) expert disclosures identifying their experts by **February 8, 2008**;

    - Defendants shall make their Rule 26(a)(2)(A) expert disclosures identifying their experts by **February 29, 2008**;

- Plaintiffs shall make any Rule 26(a)(2)(A) rebuttal expert disclosures by **March 21, 2008**;

- Plaintiffs shall serve Rule 26(a)(2)(B) disclosures by **February 29, 2008**;

- Defendants shall serve Rule 26(a)(2)(B) disclosures by **March 31, 2008**;

- Plaintiffs shall serve any rebuttal Rule 26(a)(2)(B) any by **April 30, 2008**.

4. **Dispositive Motions**:

- Motions for Summary Judgment shall be filed no later than **June 22, 2008**.

- Oppositions to Motions for Summary Judgment shall be filed no later than **July 13, 2008**.

- Reply Briefs to Motions for Summary Judgment shall be filed no later than **July 27, 2008**.

5. **Pretrial Conference**:

The final pretrial conference shall take place on **November 18, 2008**.

6. **Trial**:

The trial shall be set for **January 2009**.

Dated August ____, 2007        _____
                                THE HONORABLE JOHN D. BATES
                                United States District Court Judge
                                District of Columbia