IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUGO PEREZ, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:07CV00373 (JDB) |
| AFS FINANCIAL SVCS., LLC, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENSE COUNSEL'S MOTION TO WITHDRAW APPEARANCE

Neil R. Lebowitz, Esquire, of the Law Office of Neil R. Lebowitz, LLC, pursuant to Local Rule 83.6(c), hereby moves this Honorable Court to withdraw his appearance for Defendants in the above-captioned case, and, in support thereof, states as follows:

1.  Current circumstances dictate that defense counsel move the Court to withdraw his appearance in this case.

2.  To date, on Defendants' behalves, counsel has filed an Answer to the Complaint and served Plaintiffs with Interrogatories and a Request for Production of Documents. Defendants have not yet been served with any discovery requests, and no depositions have been scheduled. Moreover, in their Initial Report filed with the Court just yesterday, the parties have jointly proposed a discovery deadline of May 31, 2008 and a trial date in January 2009.

3.  As such, withdrawal at this juncture will not substantially prejudice the interests of Defendants, and they will have time to secure the services of new counsel, should they desire to do so.

WHEREFORE, Neil R. Lebowitz, Esquire hereby respectfully requests that this Honorable Court:

A. Enter an Order permitting him to withdraw his appearance in this case;

B. And for all other and further relief that the nature of this cause may require.

Respectfully submitted,

/s/
Neil R. Lebowitz, Bar No.: 483746
Law Office of Neil R. Lebowitz, LLC
10440 Little Patuxent Parkway, Suite 570
Columbia, Maryland 21044
800-730-8411
Counsel for Plaintiff

CERTIFICATE OF SERVICE UNDER LOCAL RULE 83.6

I HEREBY CERTIFY that on this  9th  day of August, 2007, a copy of the forgoing Motion was served by email and First-Class mail, postage prepaid, upon Defendants at 6412 Brandon Avenue, Suite 213, Springfield, Virginia 22150, which is their last known address. I further certify that I simultaneously served Defendants with a written notice by email and First-Class mail, postage prepaid, advising them of my proposed withdrawal and notifying them to obtain other counsel, or, if they intend to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the forgoing Motion.

/s/
Neil R. Lebowitz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUGO PEREZ, et al.                         *

    Plaintiffs                          *

  v.                                       *     Civil Action No.: 1:07CV00373 (JDB)

AFS FINANCIAL SVCS., LLC, et al.           *

    Defendants                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON CONSIDERATION of Defense Counsel's Motion to Withdraw Appearance, and any response thereto, it is this _____ day of August, 2007, by the United States District Court for the District of Columbia:

ORDERED, that counsel's Motion be and is hereby GRANTED; and it is further,

ORDERED, that the appearance of Neil R. Lebowitz, Esquire, for Defendants is hereby withdrawn from the above-captioned case.

_____
J U D G E, United States District Court
for the District of Columbia