**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HUGO PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 07-0373 (JDB) |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| AFS FINANCIAL SVCS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COME NOW the Plaintiffs and ask this Honorable Court, pursuant to Local Rule 83.6(a), to note the entry of Keir S. Bickerstaffe as Counsel for the Plaintiffs in the above-captioned matter. Contact information for Mr. Bickerstaffe is as follows:

> Keir S. Bickerstaffe
> Wiggins, Childs, Quinn & Pantazis, P.L.L.C.
> 2031 Florida Avenue NW, Suite 300
> Washington, D.C. 20009
> (202) 263-3686
> D.C. Bar No. 495525

Respectfully submitted this 13th day of August, 2007.

/s/ Lori B. Kisch                              .
Lori B. Kisch (DC Bar No. 491282)
Keir S. Bickerstaffe (DC Bar No. 495525)
**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
2031 Florida Avenue, N.W.
Suite 300
Washington, D.C. 20009
(202) 467-4123
(202) 467-4489 (fax)
kbickerstaffe@wcqp.com

>Susan E. Huhta (DC Bar No. 453478)
>Laura Varela (MD Fed Bar No. 28260)
>**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**
>11 Dupont Circle, N.W.
>Suite 400
>Washington, D.C. 20036
>(202) 319-1000
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance were served via the Court's electronic filing system this 13th day of August, 2007, on all counsel of record registered through the ECF system. Service via U.S. Mail was effected this day upon the following:

Laura Varela (MD Fed Bar No. 28260)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

>/s/ Keir S. Bickerstaffe            .
>Keir S. Bickerstaffe
>*Attorney for Plaintiffs*