UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUGO PEREZ, et al.,

    Plaintiffs,

        v.                            Civil Action No. 07-0373 (JDB)

VICTOR F. BERHANU
d/b/a AFS FINANCIAL SERVICES, LLC,
et al.,

    Defendants.

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on August 15, 2007, and the Joint Rule 16.3 Statement previously submitted by the parties, it is hereby

**ORDERED** that [6] the motion of Neil R. Lebowitz to withdraw his appearance as counsel for defendants is **GRANTED**; it is further

**ORDERED** that defendants shall obtain new counsel and cause new counsel to enter an appearance by not later than September 14, 2007; it is further

**ORDERED** that the Clerk of the Court shall cause a copy of this Order to be mailed to defendants Victor F. Berhanu and AFS Financial Services, LLC at 6412 Brandon Avenue, #213, Springfield, Virginia 22150; and it is further

**ORDERED** that the following schedule shall govern further proceedings:

1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be served by each party by not later than September 24, 2007.

2. Motions, if any, for amendment of the pleadings shall be filed by not later than March 31, 2008.

3. Expert discovery shall be completed as follows:

    a. Plaintiffs shall make their Rule 26(a)(2)(A) expert disclosures identifying their experts by not later than February 8, 2008.

    b. Defendants shall make their Rule 26(a)(2)(A) expert disclosures identifying their experts by not later than February 29, 2008.

    c. Plaintiffs shall make any rebuttal Rule 26(a)(2)(A) expert disclosures by not later than March 21, 2008.

    d. Plaintiffs shall serve Rule 26(a)(2)(B) disclosures by February 29, 2008.

    e. Defendants shall serve Rule 26(a)(2)(B) disclosures by March 31, 2008.

    f. Plaintiffs shall serve any rebuttal Rule 26(a)(2)(B) disclosures by April 30, 2008.

4. All discovery shall be completed by not later than May 30 2008.

5. Dispositive motions shall be filed by not later than June 22 2008. Responses thereto shall be filed by not later than July 14 2008. Replies, if any, shall be filed by not later than July 28, 2008.

6. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

7. A status hearing is scheduled for September 20, 2007, at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.

                                          /s/ John D. Bates
                                          JOHN D. BATES
                                        United States District Judge

Date: August 15, 2007