UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUGO PEREZ, et al.,

    Plaintiffs,

    v.

VICTOR F. BERHANU
d/b/a AFS FINANCIAL SERVICES, LLC,
et al.,

    Defendants.

Civil Action No. 07-0373 (JDB)

## ORDER

Pursuant to the status hearing held on this  20th  day of September 2007, and defendants' failure to cause new counsel to enter an appearance by the deadline of September 14, 2007, and defendants' failure to appear at the status hearing held today, it is hereby

**ORDERED** that defendants shall obtain new counsel and cause new counsel to enter an appearance or, with respect to defendant Victor Berhanu, file a notice of appearance pro se, by not later than October 11, 2007; it is further

**ORDERED** that a status hearing is scheduled for October 18, 2007 at 9:00 a.m. in Courtroom 8; it is further

**ORDERED** that failure to comply with this Order or to appear at the status hearing may result in an entry of default against defendants under Fed. R. Civ. P. 55; and it is further

**ORDERED** that the Clerk of the Court shall cause a copy of this Order to be served on defendants by certified mail at: 6412 Brandon Avenue, #213, Springfield, Virginia 22150.

    **SO ORDERED**.

                                                    /s/ John D. Bates
                                                    JOHN D. BATES
                                            United States District Judge

Date:  September 20, 2007