UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUGO PEREZ, et al.,

     Plaintiffs,

        v.

VICTOR BERHANU
d/b/a
AFS FINANCIAL SERVICES, INC., et al.,

     Defendants.

Civil Action No.  07-0373 (JDB)

FILED

DEC 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER REFFERING CASE TO MEDIATION AND
## APPOINTING COUNSEL FOR THE LIMITED PURPOSE OF MEDIATION

Pursuant to the status hearing held on this 20th day of December, 2007, and based upon the agreement of the parties, it is hereby

**ORDERED** that this case is **REFERRED** to **MEDIATION** to commence forthwith and to conclude by not later than March 20, 2008; it is further

**ORDERED** that the Clerk appoint counsel for defendant Victor Berhanu from the Civil Pro Bono Panel for the limited purpose of assisting in mediation in the above-captioned matter; it is further

**ORDERED** that the appointment shall be subject to the provisions of the "Guidelines for Court-Appointed Mediation Counsel," which is attached to and is hereby incorporated by reference in this Order; and it is further

**ORDERED** that, in accordance with LCvR 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions.  The Clerk of the

Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and assigning a mediator. The parties shall promptly notify the Court if the case settles in whole or in part. It is further

      **ORDERED** that the next status hearing is scheduled for April 1, 2008, at 9:00 a.m. in Courtroom 8.

                                   _____
                                      JOHN D. BATES
                              United States District Judge

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**GUIDELINES FOR COURT-APPOINTED MEDIATION COUNSEL
IN FEE-PAID <u>PRO SE</u> CASES**

Please observe these guidelines when serving as Court-appointed mediation counsel.

1.     The party whom you have been appointed to represent has filed an action *pro se*.  <u>You have been appointed for the limited purpose of representing the pro se party during the process of mediation</u>.

2.     As appointed mediation counsel, you are under no duty to engage in discovery or motions practice.  If, however, you find that the opposing party has not completed outstanding discovery to your client, and such discovery is necessary to proceed with mediation, you may advise the mediator of this fact and schedule the mediation session after the completion of such discovery.

3.     Note that the order referring this case to mediation has already been entered.  You should promptly meet with your client to discuss her/his goals and interests.  A court-appointed mediator will contact you and counsel for the opposing party to schedule the exact time and place of the mediation session(s).

4.     You should assist your client in deciding whether and on what terms to settle the case and assist the client in drafting and reviewing any necessary agreements and related court papers. The mediator will notify the Court's ADR staff of the outcome of mediation.

5.     In the event that the mediation is not successful in resolving the case, your appointment will expire unless, at your option and with the agreement of the <u>pro se</u> party, you decide to enter your appearance as counsel of record and proceed further.

6.     Local Civil Rule 83.11(b)(9) provides for attorneys fees under certain circumstances, if agreed upon by counsel and client.  Any such agreement must be in writing.  Any arrangement agreed to by the parties must be approved by the Court.