UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUGO PEREZ, et al.,**<br><br>    **Plaintiffs,**<br><br>         v.<br><br>**VICTOR BERHANU**<br>**d/b/a**<br>**AFS FINANCIAL SERVICES, INC., et al.,**<br><br>    **Defendants.** | Civil Action No.  07-0373 (JDB) |

### ORDER

Pursuant to the status hearing held on this 1st day of April, 2008, and based upon the agreement of the parties, it is hereby

**ORDERED** that the mediation period shall be extended to May 1, 2008; it is further

**ORDERED** that plaintiff shall file a status report on the mediation by not later than May 9, 2008; and it is further

**ORDERED** that the discovery period shall be extended to July 31, 2008;

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　United States District Judge