IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Hugo Perez, *et al.*<br><br>　　　　　Plaintiffs,<br>　v.<br><br>Victor F. Berhanu, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 07-0373 (JDB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of HOGAN & HARTSON LLP hereby makes an appearance as court-appointed counsel of record for the limited purpose of representing Defendant Victor F. Berhanu during mediation proceedings in the above-captioned case.

Dated: April 3, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HOGAN & HARTSON LLP


　　　　　　　　　　　　　　　　By: _____/s/ William J. Bowman_____
　　　　　　　　　　　　　　　　　　　William J. Bowman (D.C. Bar # 241547)
　　　　　　　　　　　　　　　　　　　555 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-1109
　　　　　　　　　　　　　　　　　　　(202) 637-5600 (Tel.)
　　　　　　　　　　　　　　　　　　　(202) 637-5910 (Fax)

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Victor F. Berhanu*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I also certify that a true and correct copy of the foregoing was served this day on all counsel by first class mail:

Lori B. Kisch
Keir S. Bickerstaffe
Wiggins, Childs, Quinn & Pantazias, PLLC
2031 Florida Avenue, NW
Washington, DC  20009

Laura E. Varela
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400
Washington, DC  20036

/s/ Katherine M. Hance
Katherine M. Hance