IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGO PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 07-0373 (JDB) |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| AFS FINANCIAL SVCS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' STATUS REPORT REGARDING MEDIATION**

Plaintiffs, through undersigned counsel, and pursuant to the Court's Order of April 1, 2008 [D.E. 12], hereby respectfully submit a Status Report Regarding Mediation in this case.

On April 23, 2008, the parties in this case held an extended in-person mediation session to discuss the possibilities of resolving the case without further litigation. Present for this mediation session were counsel for Plaintiffs and Defendant, the mediator, and Defendant Victor Berhanu. During the course of the mediation, several ideas were raised as to how to bring about a resolution to the case, and the parties are currently in the process of following up on several of these ideas.

At this juncture, it appears that resolution of the case without the need for further litigation remains a possibility. Plaintiffs submit that the parties will devote the next few weeks to engage in further mediation/settlement discussions in the hopes of reaching a mutually agreeable resolution. Accordingly, Plaintiffs respectfully request that the mediation period be extended to May 30, 2008, and that Plaintiffs, by and through counsel, shall file a follow-up status report regarding the progress of mediation to the Court no later than May 30, 2008.

Respectfully submitted this 8th day of May, 2008,

/s/ Keir S. Bickerstaffe                                   .
Lori B. Kisch (DC Bar No. 491282)
Keir S. Bickerstaffe (DC Bar No. 495525)
**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
2031 Florida Avenue, N.W.
Suite 300
Washington, D.C. 20009
(202) 467-4123
(202) 467-4489 (fax)
ksb@wcqp.com

Susan E. Huhta (DC Bar No. 453478)
Laura Varela (MD Fed Bar No. 28260)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   AND URBAN AFFAIRS**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFFS***

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2008, I caused the foregoing to be served via the Court's electronic case filing system upon the following:

William J. Bowman
Katherine M. Hance
HOGAN & HARTSON, LLP
555 Thirteenth Street NW
Washington, DC  20004

*Appointed Counsel for Defendants for Purposes of Mediation*


                                                    /s/ Keir S. Bickerstaffe          .
                                                  Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUGO PEREZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 07-0373 (JDB) |
| | ) | |
| v. | ) | Jury Trial Demanded |
| | ) | |
| AFS FINANCIAL SVCS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>PROPOSED ORDER</u>**

Pursuant to the Status Report filed by the Plaintiffs on May 8, 2008, and upon good cause shown, it is hereby

ORDERED that the mediation period shall be extended to May 30, 2008; and it is further

ORDERED that Plaintiffs shall file a status report on the mediation no later than May 30, 2008.

Dated: _____, 2008

_____
The Honorable John D. Bates
United States District Judge