IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUGO PEREZ, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-0373 (JDB) |
| v. | ) ) | Jury Trial Demanded |
| AFS FINANCIAL SVCS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' STATUS REPORT REGARDING MEDIATION**

Plaintiffs, through undersigned counsel, and pursuant to the Court's Minute Order of May 9, 2008, hereby respectfully submit a Status Report Regarding Mediation in this case.

As stated in Plaintiffs' previous Status Report filed May 8, 2008, the parties in this case held an extended in-person mediation session in late April to discuss the possibilities of resolving the case without further litigation. Several ideas were raised as to how to bring about a resolution to the case, and the parties, after further discussion in the time since the last Status Report was filed, are now in the process of following through with one of these ideas in the hopes that it will produce a result acceptable to all parties that will allow dismissal of Plaintiffs' claims without the need for further litigation.

Plaintiffs submit that, by June 20, 2008, the Parties should know with greater certainty whether the proposed idea for settlement will be successful. Accordingly, Plaintiffs respectfully request that the mediation period be extended to June 20, 2008, and that Plaintiffs, by and through counsel, shall file a follow-up status report regarding the progress of mediation to the Court no later

than June 20, 2008. At that juncture, if the Parties are no closer to reaching a settlement, Plaintiffs intend to file a motion asking for a reasonable extension of the discovery period so that the Parties may complete any outstanding discovery and proceed quickly with litigation of this case.

Respectfully submitted this 30th day of May, 2008,

/s/ Keir S. Bickerstaffe                          .
Lori B. Kisch (DC Bar No. 491282)
Keir S. Bickerstaffe (DC Bar No. 495525)
**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
2031 Florida Avenue, N.W.
Suite 300
Washington, D.C. 20009
(202) 467-4123
(202) 467-4489 (fax)
ksb@wcqp.com

Susan E. Huhta (DC Bar No. 453478)
Laura Varela (MD Fed Bar No. 28260)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I caused the foregoing to be served via the Court's electronic case filing system upon the following:

William J. Bowman
Katherine M. Hance
HOGAN & HARTSON, LLP
555 Thirteenth Street NW
Washington, DC  20004

*Appointed Counsel for Defendants for Purposes of Mediation*

                                              /s/ Keir S. Bickerstaffe            .
                                              Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUGO PEREZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 07-0373 (JDB) |
| | ) | |
| v. | ) | Jury Trial Demanded |
| | ) | |
| AFS FINANCIAL SVCS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

Pursuant to the Status Report filed by the Plaintiffs on June 20, 2008, and upon good cause shown, it is hereby

ORDERED that the mediation period shall be extended to June 20, 2008; and it is further

ORDERED that Plaintiffs shall file a status report on the mediation no later than June 20, 2008.

Dated: _____, 2008

_____
The Honorable John D. Bates
United States District Judge