IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGO PEREZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 07-0373 (JDB) |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| AFS FINANCIAL SVCS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' STATUS REPORT REGARDING MEDIATION

Plaintiffs, through undersigned counsel, and pursuant to the Court's Minute Order of May 9, 2008, hereby respectfully submit a Status Report Regarding Mediation in this case.

As stated in Plaintiffs' previous Status Report filed May 30, 2008, the parties in this case held an extended in-person mediation session in late April to discuss the possibilities of resolving the case without further litigation. Several discussions have taken place since that time, and Defendant has proffered a few different settlement offers to which it would be amenable.

Counsel for Plaintiffs is currently in the process of communicating the nature of these settlement offers to Plaintiffs, and are awaiting a response from the Plaintiffs as to whether any of these offers are acceptable. Counsel for Plaintiffs anticipates having answers from the Plaintiffs within the next several business days. If the parties are able to come to an agreement, it will notify the Court accordingly. If one or more of the Plaintiffs opt not to settle their claims, Plaintiffs' Counsel will file a motion with the Court for a reasonable extension of the discovery period so that the remaining parties may complete any outstanding discovery and proceed quickly with litigation of

this case. Plaintiffs' counsel submits that it will file the notice(s) of settlement and/or a motion to amend the scheduling order no later than July 3, 2008.

        Respectfully submitted this 20th day of June, 2008,

        /s/ Keir S. Bickerstaffe                   .
        Lori B. Kisch (DC Bar No. 491282)
        Keir S. Bickerstaffe (DC Bar No. 495525)
        **WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
        2031 Florida Avenue, N.W.
        Suite 300
        Washington, D.C. 20009
        (202) 467-4123
        (202) 467-4489 (fax)
        ksb@wcqp.com

        Susan E. Huhta (DC Bar No. 453478)
        Laura Varela (MD Fed Bar No. 28260)
        **WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS**
          **AND URBAN AFFAIRS**
        11 Dupont Circle, N.W.
        Suite 400
        Washington, D.C. 20036
        (202) 319-1000

        ***ATTORNEYS FOR THE PLAINTIFFS***

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2008, I caused the foregoing to be served via the Court's electronic case filing system upon the following:

William J. Bowman
HOGAN & HARTSON, LLP
555 Thirteenth Street NW
Washington, DC  20004

*Appointed Counsel for Defendants for Purposes of Mediation*

                                          /s/ Keir S. Bickerstaffe              .
                                          Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGO PEREZ, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 07-0373 (JDB) |
| v. | ) Jury Trial Demanded |
| AFS FINANCIAL SVCS, LLC, *et al.*, | ) |
| Defendants. | ) |

## **PROPOSED ORDER**

Pursuant to the Status Report filed by the Plaintiffs on June 20, 2008, and upon good cause shown, it is hereby

ORDERED that the parties are directed to file Notice(s) of Settlement, and/or a Motion to Amend the Scheduling Order no later than July 3, 2008.

Dated: _____, 2008

_____
The Honorable John D. Bates
United States District Judge