IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUGO PEREZ, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-0373 (JDB) |
| v. | ) ) | Jury Trial Demanded |
| AFS FINANCIAL SVCS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION TO AMEND CASE SCHEDULING ORDER

Plaintiffs, through their undersigned counsel, respectfully moves this Court, pursuant to LCvR 16.4, for an order amending the deadlines for the completion of discovery and dispositive motion briefing set forth in the Court's August 15, 2007 Scheduling Order. Plaintiffs request that these deadlines be reset as follows:

- All discovery shall be completed by no later than September 15, 2008.

- Dispositive motions shall be filed by no later than October 3, 2008. Responses to dispositive motions shall be filed by no later than October 24, 2008. Reply briefs in support of dispositive motions shall be filed by November 7, 2008.

In support of this motion, the Plaintiff states as follows:

1. On December 20, 2007, this Court referred this case to Mediation and Appointment of Counsel for the Defendants for the limited purpose of mediation.

2. On March 4, 2008, Plaintiffs learned that Defendants had been appointed counsel for mediation. The parties met with a mediator on April 23, 2008, and had further settlement discussions in the weeks following the formal mediation session. During this period of time, the parties did not engage in formal discovery in order to allow settlement negotiations a full chance at being successful.

3. Despite their many efforts, the parties have thus far been unable to reach a settlement in this matter.

4. In its June 20, 2008 status report to the Court, Plaintiffs stated that if one or more of the Plaintiffs opted not to settle their claims by July 3, 2008, they would file a motion with the Court for a reasonable extension of the discovery period so that the parties could complete any outstanding discovery and proceed quickly with litigation of this case.

5. Defendant will not be prejudiced if the motion is granted. Indeed, an extension benefits all parties in allowing each sufficient time to complete all necessary discovery in this matter and subsequently file dispositive motions.

6. No other deadlines in this Court's August 15, 2007 Scheduling Order, aside from those discussed above, will be affected by the filing of this Motion.

7. Pursuant to Local Rule 7(m), counsel for Plaintiffs attempted to contact appointed counsel for Defendant by telephone and electronic mail on July 3, 2008, but has not received any response as of this filing.

A memorandum of points and authorities as well as a proposed order is attached hereto for the Court's consideration.

Respectfully submitted this 3rd day of July, 2008,

/s/ Keir S. Bickerstaffe                .
Lori B. Kisch (DC Bar No. 491282)
Keir S. Bickerstaffe (DC Bar No. 495525)
**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
2031 Florida Avenue, N.W.
Suite 300
Washington, D.C. 20009
(202) 467-4123
(202) 467-4489 (fax)
ksb@wcqp.com

Susan E. Huhta (DC Bar No. 453478)
Laura Varela (MD Fed Bar No. 28260)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

*ATTORNEYS FOR THE PLAINTIFFS*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUGO PEREZ, *et al.*,          ) | |
|                                ) | |
| Plaintiffs,                    ) | Civil Action No. 07-0373 (JDB) |
|                                ) | |
| v.                             ) | Jury Trial Demanded |
|                                ) | |
| AFS FINANCIAL SVCS, LLC, *et al.*, ) | |
|                                ) | |
| Defendants.                    ) | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFFS' MOTION TO AMEND CASE SCHEDULING ORDER**

In accordance with LCvR 16.4, this Court "may modify the scheduling order at any time upon a showing of good cause." As set forth in the accompanying Motion, and as set forth in further detail below, good cause exists for an extension of the discovery and dispositive motion briefing deadlines in this case.

Plaintiffs filed this case, by and through undersigned counsel, pursuant to state and federal wage laws, as well as common laws, to recover back wages from their employment with Defendants. Defendants were proceeding in this case *pro se* as of December 20, 2007, when this Court referred the case to mediation and appointed counsel for Defendant for purposes of mediation. Following appointment of counsel, both parties took part in a formal mediation session, and have had several informal communications in the interim further discussing different possibilities for settlement. So as not to distract from the mediation process, the parties refrained from engaging in formal discovery during this time. However, as of the date of this filing, over six months have passed since the case was first referred to mediation, and it is not immediately apparent that settlement is possible at this time. Rather than delay resolution of the

case any further, Plaintiffs respectfully request a reasonable extension of the current discovery deadlines so that remaining discovery may be completed and dispositive motions may be filed and heard by the Court. Specifically, Plaintiffs request the following amendments to the August 15, 2007 Scheduling Order:

- All discovery shall be completed by no later than September 15, 2008.

- Dispositive motions shall be filed by no later than October 3, 2008. Responses to dispositive motions shall be filed by no later than October 24, 2008. Reply briefs in support of dispositive motions shall be filed by November 7, 2008.

These requested amendments allow both parties a reasonable amount of time to conduct any remaining discovery in this case and prepare any dispositive briefs for decision. No other deadlines in this Court's August 15, 2007 Scheduling Order will be affected by this Motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant the underlying Motion to Amend Case Scheduling Order.

Respectfully submitted this 3rd day of July, 2008,

/s/ Keir S. Bickerstaffe                    .
Lori B. Kisch (DC Bar No. 491282)
Keir S. Bickerstaffe (DC Bar No. 495525)
**WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.**
2031 Florida Avenue, N.W., Suite 300
Washington, D.C. 20009
(202) 467-4123 / (202) 467-4489 (fax)
ksb@wcqp.com

Susan E. Huhta (DC Bar No. 453478)
Laura Varela (MD Fed Bar No. 28260)
**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFFS***

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, I caused the foregoing to be served via the Court's electronic case filing system upon the following:

William J. Bowman
HOGAN & HARTSON, LLP
555 Thirteenth Street NW
Washington, DC  20004

*Appointed Counsel for Defendants for Purposes of Mediation*

/s/ Keir S. Bickerstaffe               .
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HUGO PEREZ, *et al.*, | ) |
| | ) |
| Plaintiffs, | )   Civil Action No. 07-0373 (JDB) |
| | ) |
| v. | )   Jury Trial Demanded |
| | ) |
| AFS FINANCIAL SVCS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER**

Upon consideration of the Plaintiffs' Motion to Amend Case Scheduling Order, the Motion is hereby GRANTED, and it is

FURTHER ORDERED that the following deadlines shall govern this matter:

- All discovery shall be completed by no later than September 15, 2008.

- Dispositive motions shall be filed by no later than October 3, 2008. Responses to dispositive motions shall be filed by no later than October 24, 2008. Reply briefs in support of dispositive motions shall be filed by November 7, 2008.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
The Honorable John D. Bates
United States District Judge