IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Hugo Perez,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 07-0373 (JDB) |
| v. ) | |
| ) | |
| **Victor F. Berhanu,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF REPRESENTATION

Hogan & Hartson LLP ("H&H") hereby provides notice that its limited representation of Defendant Victor F. Berhanu has now expired by the terms of the appointment. H&H was appointed as counsel for Mr. Berhanu solely for purposes of representing him in connection with a Court-ordered mediation. Despite extensive and creative efforts by counsel on both sides and the mediator to resolve the matter, that mediation has now concluded unsuccessfully. Accordingly, H&H's representation of Mr. Berhanu also now comes to an end.

By Order dated December 20, 2007, this Court referred this action to mediation and directed the Clerk to appoint counsel for Mr. Berhanu from the Civil Pro Bono Panel "for the limited purpose of assisting in mediation." The Clerk ultimately appointed H&H to represent Mr. Berhanu for that purpose. The parties, including Mr. Berhanu, met in person in a formal mediation session with Mediator Steven Kahn, Esq. Counsel also engaged in numerous follow-up discussions. Various approaches and settlement proposals were discussed, and counsel worked hard to seek to resolve the matter, but ultimately no resolution could be reached.

Section 5 of this Court's Guidelines for Court-Appointed Mediation Counsel in Fee-Paid Pro Se Cases provides:

> In the event the mediation is not successful in resolving the case, your appointment will expire unless, at your option and with the agreement of the pro se party, you decide to enter your appearance as counsel of record and proceed further.

Neither H&H nor Mr. Berhanu has agreed that the firm will continue its representation.  Firm attorneys have advised Mr. Berhanu that he should seek other counsel to represent him at this time, and advised him of the discovery schedule put in place by the Court (and provided a copy of the Court's scheduling Order).

H&H thanks the Court for the opportunity to be of service in connection with the Civil Pro Bono Panel and the mediation.

Dated:  August 8, 2008

Respectfully submitted,

HOGAN & HARTSON LLP

By:      /s/ William J. Bowman
William J. Bowman (D.C. Bar # 241547)
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
(202) 637-5600  (Tel.)
(202) 637-5910  (Fax)

*Attorney for Defendant Victor F. Berhanu*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2008, I caused the foregoing to be served via the Court's electronic case filing system upon the following:

    Lori B. Kisch
    Keir S. Bickerstaffe
    Wiggins, Childs, Quinn & Pantazias, PLLC
    2031 Florida Avenue, NW
    Washington, DC  20009

    Laura E. Varela
    Washington Lawyers' Committee for
    Civil Rights and Urban Affairs
    11 Dupont Circle, Suite 400
    Washington, DC  20036

I further certify that on August 8, 2008, I served a true and correct copy of the foregoing by first-class mail upon the following:

    Victor F. Berhanu
    6412 Brandon Avenue, #213
    Springfield, VA  22150

                                                /s/ Katherine M. Hance
                                                  Katherine M. Hance